United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 8, 2003**

Charles R. Fulbruge III
Clerk

I n the

# United States Court of Appeals
## for the Fifth Circuit

---

m 03-40626
Summary Calendar

---

KENNETH J. SMITH,

Plaintiff-Appellant,

VERSUS

LATTIMORE MATERIALS,

Defendant-Appellee.

---

Appeals from the United States District Court
for the Eastern District of Texas
m 4:02-CV-27

---

Before SMITH, DEMOSS, and
STEWART, Circuit Judges.

PER CURIAM:[*]

Kenneth Smith, *pro se*, sued Lattimore Materials for violation of the ADA. The mag-

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

istrate judge to whom the matter was referred by consent granted summary judgment for Lattimore. Smith appeals *pro se*.

There is no basis for recovery under the ADA. The magistrate judge explained why in a comprehensive and persuasive order dated March 24, 2003, and entered on March 25, 2003.

The judgment is AFFIRMED, essentially for the reasons given by the magistrate judge.